```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

M STREET INVESTMENTS, INC.                                    PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-47(DCB)(MTP)

ZURICH AMERICAN INSURANCE
COMPANY, BELFOR GROUP USA, INC.,
and GARY WILBORN a/k/a GARY WILBURN                          DEFENDANTS

AND

BELFOR USA GROUP, INC.                                    COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC.,
and GREAT SOUTHERN INVESTMENT
GROUP, INC.                                         COUNTERCLAIM DEFENDANTS

AND

BELFOR USA GROUP, INC.                                    COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC., GREAT
SOUTHERN INVESTMENT GROUP, INC.,
DAVID M. SESSUMS, Trustee For GARY
WILBORN, JOEL BLACKLEDGE, Trustee
For LAW OFFICES OF JOHN D. MOORE,
P.A., and HERMETIC RUSH SERVICES, INC.    COUNTERCLAIM DEFENDANTS

<u>ORDER</u>

This cause is before the Court on plaintiff M Street Investment, Inc.'s Emergency Motion to Enforce Order and Award Sanctions **(docket entry 54)**, and on defendant Zurich American Insurance Company's Motion to Appoint Expert Umpire **(docket entry 64)**.

The parties have been unable to agree on the selection of an Umpire, and the parties have notified the Court of the need for one to be appointed by the Court. Within five (5) days of the entry of this Order each side shall submit suggested qualifications for the Umpire to be selected. Specifically, are the parties suggesting that the Umpire be a qualified real estate appraiser? Upon receipt of responses from each party, the Court will proceed with the appointment.

SO ORDERED this the   23rd   day of September, 2013.


　　　　　　　　　　　　　　　　  s/David Bramlette
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE