IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

M STREET INVESTMENTS, INC.                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:13-cv-47(DCB)(MTP)

ZURICH AMERICAN INSURANCE
COMPANY, BELFOR GROUP USA, INC.,
and GARY WILBORN a/k/a GARY WILBURN                         DEFENDANTS

AND

BELFOR USA GROUP, INC.                                         COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC.,
and GREAT SOUTHERN INVESTMENT
GROUP, INC.                                              COUNTERCLAIM DEFENDANTS

AND

BELFOR USA GROUP, INC.                                         COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC., GREAT
SOUTHERN INVESTMENT GROUP, INC.,
DAVID M. SESSUMS, Trustee For GARY
WILBORN, JOEL BLACKLEDGE, Trustee
For LAW OFFICES OF JOHN D. MOORE,
P.A., and HERMETIC RUSH SERVICES, INC.    COUNTERCLAIM DEFENDANTS

## ORDER

The Court is inclined to name Harvey R. Little, MAI as Umpire and will do so five (5) days hence unless the court receives from any of the parties information which will present a conflict.

SO ORDERED this the <u>8th</u> day of October, 2013.

s/David Bramlette<br>
UNITED STATES DISTRICT JUDGE