```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

M STREET INVESTMENTS, INC.                                  PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-47(DCB)(MTP)

ZURICH AMERICAN INSURANCE
COMPANY, BELFOR GROUP USA, INC.,
and GARY WILBORN a/k/a GARY WILBURN                        DEFENDANTS

AND

BELFOR USA GROUP, INC.                                  COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC.,
and GREAT SOUTHERN INVESTMENT
GROUP, INC.                                       COUNTERCLAIM DEFENDANTS

AND

BELFOR USA GROUP, INC.                                  COUNTERCLAIMANT

VS.

M STREET INVESTMENTS, INC., GREAT
SOUTHERN INVESTMENT GROUP, INC.,
DAVID M. SESSUMS, Trustee For GARY
WILBORN, JOEL BLACKLEDGE, Trustee
For LAW OFFICES OF JOHN D. MOORE,
P.A., and HERMETIC RUSH SERVICES, INC.    COUNTERCLAIM DEFENDANTS

<u>ORDER</u>

Having heard nothing from its Order of October 8, 2013, the Court hereby appoints Harvey R. Little, MAI as Umpire. He may be reached at Post Office Box 12765, Jackson, Mississippi 39236, (601) 982-4449, <u>harveylittle@comcast.net.</u>

    A copy of this Order is being sent to Mr. Little who has agreed to serve.

    The court invites the parties to submit suggestions as to how Mr. Little should be advised regarding his responsibilities as Umpire.

    SO ORDERED this the  15th   day of October, 2013.


                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE